IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDDY ROSARIO, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:11-cv-00596-GPM-DGW |
| DERWIN L. RYKER, et al., | ) |
| Defendants. | ) |

**ORDER**

The Court has determined that appointment of counsel is warranted in this action. Accordingly, attorney **Matthew J. Fischer** of the law firm Schiff Hardin LLP, 233 South Wacker Drive, Suite 6600, Chicago, IL 60606, is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]

Mr. Fischer is **directed** to file his entry of appearance **on or before August 15, 2011.** The Court informs Mr. Fischer that Plaintiff is currently incarcerated by the Illinois Department of Corrections at the Hill Correctional Center.

**IT IS SO ORDERED**.

DATED: July 25, 2011

_____
**DONALD G. WILKERSON**
**United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.