

# UNITED STATES DISTRICT COURT Southern District of Illinois

**Nancy J. Rosenstengel**
**Clerk of Court**

Office Of The Clerk 750 Missouri Avenue East St. Louis, Illinois 62201

Tel: 618.482.9371
Fax: 618.482.9383

July 25, 2011

Matthew J. Fischer Schiff,
Hardin et al 6600 Sears Tower  233 South Wacker
Chicago, IL 60606-6473

RE: Civil Case - 11-596-GPM- Rosario vs Ryker et al

Dear Attorney Fischer:

     As memorialized in an Order found at document number 24, you have been appointed to represent an indigent pro se prisoner in a civil rights case pending in this court.  **Please enter your appearance to confirm that you are aware of the Court's appointment.** You should examine the docket sheet for the case on the CM/ECF system to familiarize yourself with events in the case to date.  For documents not available on the electronic system, please send the clerk's office a written request for copies.

     You are encouraged to enter into a contingent fee contract with the plaintiff.  **If you win at trial or settle the case, your out-of-pocket expenses must be deducted from the amount recovered on plaintiff's behalf**.  If there is no recovery in the case (or the costs exceed any recovery), you may, at the conclusion of the case, electronically file a motion for out-of-pocket expenses pursuant to the Plan for the Administration of the District Court Fund.  The Plan can be found on the Court's website, as well as the form motion for out-ofpocket expenses and an Authorization/Certification for Reimbursement (go to "Rules & Forms" on the homepage then "For Attorneys").  Expenses up to $2,500.00 may be reimbursed by the trial judge, without further authority.  Expenses in excess of $2,500.00 and not greater than $5,000.00 must be referred to the judicial officer who chairs the District

Court Fund committee, while expenses greater than $5,000.00 require action by the District Court *en banc*. Reimbursement of expenses is within the discretion of the judge(s) with a full range of matters to be taken into consideration, including the reasonableness of the expenditure taken in the context of both the nature and validity of the litigation. **Note that there is no authority to pay attorney's fees from the District Court Fund**.

The district court has entered into an agreement with attorney James P. Chapman and the Illinois Institute for Community Law to consult with lawyers on issues in appointed cases, including substantive and procedural questions (both legal and practical) and dealing with the client. Mr. Chapman can be reached by phone at (312) 593-6998 or email at JamesPChapman@aol.com. His services are available to you free of charge, as long as you have a current appointment on a prisoner case in the district. Appointed attorneys are also encouraged to view online lectures presented by Mr. Chapman at www.illinoislegaladvocate.org (under "Legal Resources" then "Prisoners' Rights"). In addition, the Court's website, www.ilsd.uscourts.gov, includes a Prison Litigation handbook which is available to you as a resource. It is listed under "Forms" as "Attorney Information - Prisoner Litigation Handbook." The court encourages you to consult it and Mr. Chapman as needed.

Finally, you may request an exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States to avoid any burden of paying fees associated with accessing PACER for this case. If you would like to request this exemption, you should file a motion in the case asking the Court to grant a PACER exemption to you for the purpose of this case only.

If you have any questions, please contact the Clerk of Court, Nancy Rosenstengel, at (618) 482-9172 or Nancy_Rosenstengel@ilsd.uscourts.gov.


Very truly yours,



s/Tamra Baugh
Deputy Clerk


CV-04 Rev.

3/11